UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN P. MADDEN, | ) Case No. CV 11-5652 FMO(JC) |
| Petitioner, | ) REVISED ORDER ACCEPTING |
| | ) FINDINGS, CONCLUSIONS, AND |
| v. | ) RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE |
| MATTHEW CATE, | ) JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (the "Petition"), the Renewed Motion to Dismiss the Petition and all documents submitted in support of, and in opposition thereto, and all of the records in this case, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), the Magistrate Judge's Minute Order filed on October 10, 2013 ("October 10 Order") denying petitioner's motions for leave to conduct discovery, an evidentiary hearing, and third request for extension of time to file objections to the Report and Recommendation, which were filed after the Report and Recommendation was filed, as well as such underlying motions/request. The Court has also reviewed the decision in
///

<u>McQuiggin v. Perkins</u>, 133 S. Ct. 1924 (2013) which was issued after the Report and Recommendation was filed. The Court agrees with the October 10 Order and approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Renewed Motion to Dismiss the Petition is granted and that Judgment be entered dismissing the Petition with prejudice as time-barred.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 22, 2013

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE